**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PRS INSURANCE GROUP, | ) | |
| INC., et al., | ) | |
| | ) | Case No. 00-4070 (MFW) |
| Debtors. | ) | (Substantively Consolidated) |
| _____ | ) | |
| | ) | |
| SEAN C. LOGAN, Chapter 11 | ) | |
| Trustee of the PRS | ) | |
| Liquidating Trust, et al. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Adversary No. 11-50467 (MFW) |
| v. | ) | |
| | ) | |
| WESTCHESTER FIRE INSURANCE | ) | |
| COMPANY, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**O R D E R**

**AND NOW**, this **30th** day **MARCH, 2011,** at the direction of the United States District Court for the District of Delaware, and for reasons set forth in the accompanying Memorandum Opinion, it is hereby

**FOUND** that the above adversary proceeding is not a core proceeding under the Bankruptcy Code.

BY THE COURT:

*/s/ Mary F. Walrath*
Mary F. Walrath
United States Bankruptcy Judge

cc: Marc S. Casarino, Esquire[1]

---

[1] Counsel is to distribute a copy of this Order and the accompanying Memorandum Opinion on all interested parties and file a Certificate of Service with the Court.

SERVICE LIST

Marc S. Casarino, Esquire
White and Williams LLP
824 N. Market Street, Suite 902
Wilmington, DE 19801
Counsel for Defendants

Emilie Bakal-Caplan, Esquire
Mount Cotton Wollan & Greengrass
One Battery Park Plaza
New York, NY 10004
Counsel for Defendants

Edwin J. Harron, Esquire
Margaret Whiteman Greecher, Esquire
Morgan L. Seward, Esquire
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899
Counsel for the Trustee